THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Arthur James Buie,       
Appellant.
 
 
 

Appeal From Sumter County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-314 
Submitted February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;  and 
 Solicitor Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM: Arthur James Buie was convicted 
 of armed robbery and possession of a weapon during a violent crime for which 
 he was sentenced to twelve years imprisonment.  Buie contends the trial court 
 lacked jurisdiction because the indictment for armed robbery failed to allege 
 the element of intent of permanent deprivation.  After a thorough review of 
 the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Buies 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.